

IN the INTEREST OF: A.A.F., JR., a Minor

Petition of: V.B., Mother

In the Interest of: J.A.J., a Minor

Petition of: V.B., Mother

No. 175 EAL 2017
No. 176 EAL 2017

Supreme Court of Pennsylvania.

June 21, 2017

## ORDER

PER CURIAM

AND NOW, this 21st day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

William Eric WEBB, Petitioner

No. 57 MAL 2017

Supreme Court of Pennsylvania.

June 21, 2017

## ORDER

PER CURIAM

AND NOW, this 21st day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.

Kennan EASLEY, Petitioner

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE**, Respondent

No. 290 WAL 2016

Supreme Court of Pennsylvania.

June 21, 2017

## ORDER

PER CURIAM

AND NOW, this 21st day of June, 2017, the Petition for Allowance of Appeal is **GRANTED**, the Order of the Commonwealth Court is **VACATED**, and this matter is **REMANDED** to the Commonwealth Court for reconsideration in light of *Pittman v. Pennsylvania Board of Probation*

*and Parole*, 159 A.3d 466, 2017 WL 1489047 (Pa. filed April 26, 2017).

Amin SHARPE, Petitioner

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent

No. 826 MAL 2016

Supreme Court of Pennsylvania.

DECIDED: June 21, 2017

### ORDER

PER CURIAM

AND NOW, this 21st day of June, 2017, the Petition for Allowance of Appeal is **GRANTED**, the Order of the Commonwealth Court is **VACATED**, and this matter is **REMANDED** to the Commonwealth Court for reconsideration in light of *Pittman v. Pennsylvania Board of Probation and Parole*, 159 A.3d 466, 2017 WL 1489047 (Pa. filed April 26, 2017).

Darlene NELSON, Executrix of the Estate of James Nelson, Petitioner

v.

AIRCO WELDERS SUPPLY, Allied Signal (a/k/a Allied Corp.), American Standard, A.W. Chesterton, Inc., Basic, Inc., Bayer Cropscience, Inc., (f/k/a Aventis Cropscience, USA, Inc.) Achem Products, Inc., Rhone Poulenc, AG Co. and Benjamin Foster Company, Beazer East (a/k/a Koopers Co., Inc. and Kooper), Bird Inc., BOC Group, Borg–Warner Corp., Brand Insulations, Inc., CBS Corporation (f/k/a Viacom, Inc. and Westinghouse Electric Corporation), Certainteed Corporation, Chrylser Corp. (a/k/a AMC, Northwest Auto Rental Co. and Chrysler Service Contract Co.) Crane Co., Demming Division, Crane Packing, ESAB Welding and Cutting Equipment, EJ Lavino & Co., Eutectic Corp., Ferro Engineering, Ford Motor Co., Foseco, Inc., Foster Wheeler Corporation, Garlock, Inc., General Electric Company, General Motors Corp., George V. Hamilton, Inc., Georgia–Pacific Corporation, Gould Pumps, Inc., Green, Tweed & Company, Inc., Hajoca Plumbing Supply Company, Harnischfeger Corp., Hedman Resources Limited (f/k/a Hedman Mines Ltd.), Hobart Brothers Co., Honeywell International, Inc., Ingersoll Rand Co., Joy Global, Inc., Lincoln Electric Co., Lukens Steel Co., Mallinckrodt Group, Inc. (f/k/a International Minerals & Chemicals Corp.), Melrath Gasket, Inc., Mine Safety Appliance (MSA), Metropolitan Life Insurance Company, Nosrock Corporation, Owens–Illinois, Inc., Pep Boys (a/k/a Manny, Moe and Jack), Union Carbide Corp., Universal Refractories Division of Thiem Corporation, Respondents